UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE "ERNIE" PINEDA,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A.,

        Defendant.

Case No.  25-cv-03011-RFL

**ORDER TO SHOW CAUSE**

The parties were required to file a joint letter with the name of their mediator and the date of mediation by January 23, 2026.  (Dkt. No. 12.)  On January 26, 2026, a clerk's notice reminded the parties of this deadline.  (Dkt. No. 13.)  Over three weeks have passed, and the parties have still not filed the required joint letter.  Accordingly, the parties are **ORDERED TO SHOW CAUSE** by **February 24, 2026,** why they have not yet filed their joint letter.

    **IT IS SO ORDERED.**

Dated: February 17, 2026

RITA F. LIN
United States District Judge

1