UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE "ERNIE" PINEDA, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No.  25-cv-03011-RFL <br><br> **ORDER RE PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** <br><br> Re: Dkt. No. 27 |

Before the Court is Plaintiff Jose "Ernie" Pineda's motion for administrative relief to allow him (a) to withdraw his earlier-filed opposition to Defendant Wells Fargo's summary judgment motion and (b) to file a subsequent opposition.  (Dkt. No. 27.)  For the reasons that follow, the Court **GRANTS** Pineda's motion and deems Exhibit 1 to the motion to be his opposition brief to Defendant's Motion for Summary Judgment.

Pineda's 75-page opposition exceeded the page limit imposed by Local Rule 7-4(b).  But most of the prejudice suffered by Wells Fargo occurred as a result of its decision to inform Pineda of this error only after it filed its reply.  Therefore, the proposed sanctions of striking the opposition without permitting refiling or disregarding all argument beyond page 25 are too severe.  It does, however, seem appropriate to require Pineda to pay Wells Fargo for the attorneys' fees incurred as a result of the additional work required by the error.  If the parties cannot come to an agreement, Wells Fargo may file a motion for sanctions.

If Wells Fargo wishes to file an updated reply, it may do so by **May 15, 2026**.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____
RITA F. LIN
United States District Judge

1